**Order entered January 11, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00900-CV**

**DOMANCIO CASTILLO, Appellant**

**V.**

**SAVING GRACE #22 LLC, Appellee**

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-22-02837-A**

**ORDER**

By order dated December 9, 2022, we ordered the appeal submitted without the reporter's record. Before the Court is appellant's January 9, 2023 motion for designation of the record which we construe as a motion to reconsider this Court's December 9 order. We **GRANT** the motion and **VACATE** this Court's December 9 order. We **ORDER** Cathye Moreno, Official Court Reporter for County Court at Law No. 1, to file the reporter's record on or before **February 8, 2023**. Because the record reflects that appellant is indigent and has not been ordered to pay costs,

the reporter's record shall be filed at no cost to appellant. The clerk's record was filed on November 7, 2022. To the extent appellant is requesting a copy of the clerk's record, we **DIRECT** the Clerk of this Court to send a CD copy of the clerk's record to appellant.

Also before the Court is appellant's January 9, 2023 motion for an extension of time to file his opening brief. We **DENY** the motion as premature. Appellant's brief will due thirty days after the reporter's record is filed. *See* TEX. R. APP. P. 38.6(a).

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Moreno and all parties.

/s/    ROBERT D. BURNS, III
        CHIEF JUSTICE